# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, )<br><br>Respondent, )<br><br>v. )<br><br>EDGAR C. PACHECO, )<br><br>Appellant. ) | No. 68851-1-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION<br><br>FILED:   MAR 0 4 2013 |

PER CURIAM. – Edgar Pacheco appeals his conviction for felony harassment. He contends the information was defective for failing to allege that he made a "true threat." His contention is controlled by the State Supreme Court's recent decision in State v. Allen, No. 86119-6, 2013 WL 259383 (Wash. Jan. 24, 2013) ("true threat" concept defines the threat element of an offense; it is not itself an element that must be included in either the information or the to-convict instruction).

Affirmed.

For the court: